IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOR C. KENNEDY,

    Plaintiff,

  v.

BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f.k.a. THE BANK OF NEW YORK, as Trustee for the CHL MORTGAGE PASS-THROUGH TRUST 2005-22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-22; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES 1 through 100, inclusive,

    Defendants.

No. C 14-02663 WHA

**ORDER FOR BRIEFING RE DIVERSITY JURISDICTION**

On June 10, 2014, defendants removed this action on the basis of diversity jurisdiction. Plaintiff Thor Kennedy is a citizen of California. In their notice of removal, defendants claim that defendant Recontrust Company's citizenship is "irrelevant" because it is a nominal party or alternatively was fraudulently joined. Defendants, however, do not actually state Recontrust's citizenship in their notice of removal. By **NOON ON JUNE 27**, defendants shall file a one-page brief that states Recontrust's citizenship for purposes of diversity jurisdiction. If Recontrust is a citizen of California, plaintiff Thor Kennedy shall have until **NOON ON JULY 10** to respond with

a brief, no longer than ten pages, that substantively addresses defendants' nominal party and fraudulent joinder arguments.

**IT IS SO ORDERED.**

Dated: June 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE