1 Charles T. Marshall, Esq. (SBN 176091)
Law Offices of Charles T. Marshall
2 415 Laurel Street, # 405
San Diego, California 92101
3 Tel: 619-807-2628
4 Fax: 866-575-7413
Email: cmarshall@marshallestatelaw.com
5
Attorney for Plaintiff
6 THOR C. KENNEDY

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 THOR C. KENNEDY ) | Case No.: 3:14-cv-02663-WHA |
| 12 Plaintiff, ) | |
| 13 v. ) | **NOTICE OF MOTON AND MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)** |
| 14 BANK OF AMERICA, N.A.; THE BANK OF ) NEW YORK MELLON f.k.a THE BANK OF ) | |
| 15 NEW YORK, as Trustee for the CHL ) MORTGAGE PASS-THROUGH TRUST ) | |
| 16 2005-22, MORTGAGE PASS-THROUGH ) CERTIFICATES, SERIES 2005-22; ) | |
| 17 MORTGAGE ELECTRONIC ) REGISTRATION SYSTEMS, INC.; ) | |
| 18 RECONTRUST COMPANY, N.A.; and ) DOES 1 through 100, inclusive, ) | |
| 19 ) | |
| 20 Defendant(s). ) | |
| 21 ) | |

22
PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a) (2), Plaintiff
23
THOR C. KENNEDY, by and through his attorney, hereby moves to voluntarily dismiss the above-
24
captioned case in its entirety, without prejudice, against Defendants BANK OF AMERICA, N.A.;
25
26 THE BANK OF NEW YORK MELLON f.k.a THE BANK OF NEW YORK, as Trustee for the

27 CHL MORTGAGE PASS-THROUGH TRUST 2005-22, MORTGAGE PASS-THROUGH

28

CERTIFICATES, SERIES 2005-22; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A., pursuant to F.R.C.P. 41 (a)(2).

The decision as to whether to grant Plaintiff's motion rests within the sound discretion of the Court. *Sams v. Beech Aircraft Corp.*, 625 F. 2d 273, 277 (9th Cir. 1980)." A district court should grant a motion for voluntary dismissal under Rule 41(a) (2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches,* 2263 f. 3d 972, 975 (9th Cir. 2001). The Ninth Circuit has defined legal prejudice as "just that- prejudice to some legal interest, some legal claim, some legal argument." *Westlands Water Dist. v. United States*, 100 F. 3d 94, 97 (9th Cir. 1996). "[T]he expense incurred in defending against a lawsuit does not amount to legal prejudice." Id.

For the foregoing reasons, Plaintiff respectfully requests that the Court issue an order dismissing Defendants BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f.k.a THE BANK OF NEW YORK, as Trustee for the CHL MORTGAGE PASS-THROUGH TRUST 2005-22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-22; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A., from the above-entitled action.

Dated: July 1, 2014         /s/ Charles T. Marshall
                            Charles T. Marshall
                            Attorney for Plaintiff
                            THOR C. KENNEDY