IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOR C. KENNEDY,

    Plaintiff,

  v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.
                               /

No. C 14-02663 WHA

**ORDER TO SHOW CAUSE RE VOLUNTARY DISMISSAL**

      Plaintiff has moved for an order of dismissal under Rule 41(a)(2). Yet, Rule 42(a)(1)(i) clearly provides that plaintiff may voluntarily dismiss all defendants without a court order if defendants have not yet filed an answer or motion for summary judgment. While some of the defendants have filed a motion to expunge a lis pendens on the property at issue, the Court is not aware of any pending motions for summary judgment or answers filed in this action. Accordingly, defendants are **ORDERED TO SHOW CAUSE** by **NOON ON JULY 7** on why the Court should not construe plaintiff's pending request for an order of dismissal under Rule 41(a)(2) as a notice of dismissal under Rule 41(a)(1) and whether defendants will withdraw their pending motion to expunge the lis pendens and re-file the request in state court.

      **IT IS SO ORDERED.**

Dated: July 2, 2014.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE