Charles T. Marshall, Esq. (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California 92101
Tel:  619-807-2628
Fax:  866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorney for Plaintiff
THOR C. KENNEDY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOR C. KENNEDY | Case No.: 14-cv-02663 |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION** |
| BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f.k.a THE BANK OF NEW YORK, as Trustee for the CHL MORTGAGE PASS-THROUGH TRUST 2005-22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-22; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES 1 through 100, inclusive, | |
| Defendant(s). | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Thor C. Kennedy, by and through his attorney, hereby releases and discharges the Notice of Pendency of Action recorded by Plaintiff on May 9, 2014, by the Alameda County Recorder's Office under instrument number 2014116771 with regard to the

1. real property commonly known as 5569 Balt Court, Fremont, Alameda County, California 94538.
2. The property has been assigned APN 531-0216-093.

Dated: September 9, 2014

LAW OFFICES OF CHARLES T. MARSHALL

Charles T. Marshall, Esq.
Attorney for the Plaintiff
THOR C. KENNEDY